

RECEIVED
IN LAKE CHARLES, LA

JAN - 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DORÉ ENERGY CORPORATION | : | DOCKET NO. 2:05 CV 1657 |
| VS. | : | JUDGE MINALDI |
| THE PROSPECTIVE INVESTMENT & TRADING COMPANY, LTD. And ATLANTIC AND GULF PETROLEUM COMPANY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reason set forth therein, based on the pleadings, affidavits, and certified documents submitted by the parties,

IT IS ORDERED that Prospective's Motion to Dismiss for Failure to Join Indispensable Parties, [doc. 74], is hereby DENIED;

IT IS FURTHER ORDERED that the Order on Prospective's Motion to Dismiss for Failure to Join Indispensable Parties is hereby certified for immediate appeal to the Fifth Circuit, pursuant to 28 U.S.C. § 1292(b);

IT IS FURTHER ORDERED that the Order on the parties' Cross-Motions for Partial Summary Judgment, [doc. 73], is also hereby certified for immediate appeal to the Fifth Circuit, pursuant to 28 U.S.C. § 1292(b).

Lake Charles, Louisiana, this 2nd day of January, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE